## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Alan Scott Cunningham aka Alan S. Cunningham aka Alan Cunningham dba Alan's Landscaping a/k/a Ballistic Services<br>Debtor(s) | BK NO. 21-01311 HWV<br><br>Chapter 13 |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Freedom Mortgage Corporation and index same on the master mailing list.

    Respectfully submitted,



/s/ Rebecca Solarz
Rebecca Solarz
15 Jun 2021, 17:07:57, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322