Certificate Number: 12433-PAM-DE-035827054

Bankruptcy Case Number: 21-01311



12433-PAM-DE-035827054

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 11, 2021, at 12:09 o'clock AM EDT, Alan Scott Cunningham completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: July 11, 2021

By: /s/Lance Brechbill

Name: Lance Brechbill

Title: Teacher