United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Alan Scott Cunningham  
    Debtor

Case No. 21-01311-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2  
Date Rcvd: Jul 13, 2021     Form ID: ntcnfhrg     Total Noticed: 22

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alan Scott Cunningham, 291 N Shore Drive, Albrightsville, PA 18210-7774 |
| 5415094 | | ABSOLUTE RESOLUTIONS INVEST, C/O PRESSLER FELT & WARSHAW, LLP, 7 ENTIN ROAD, PARSIPPANY, NJ 07054-5020 |
| 5415095 | | ARCADIA RECOVERY BUREAU, LLV, PO BOX 70256, PHILADELPHIA, PA 19176-0256 |
| 5415096 | + | CAVALRY SPY I, LLC, C/O DAVID J APOTHAKER ESQ, 520 FELLOWSHIP ROAD C306, MOUNT LAUREL, NJ 08054-3410 |
| 5424309 | | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 5415100 | + | MARINER FINANCE LLC, 5802 E. VIRGINIA BEACH BLVD STE 121, NORFOLK, VA 23502-2483 |
| 5415102 | | ROUNDPOINT MORTGAGE SERVICING CORP., PO BOX 674150, DALLAS, TX 75267-4150 |
| 5415103 | + | SANTANDER BANK NA, PO BOX 12646, READING, PA 19612-2646 |
| 5419919 | + | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 5419920 | + | Santander Consumer USA, Inc., as servicing agent for TCF Auto, Receivables Owner Trust 2016-1, P.O. Box 560284, Dallas, TX 75356-0284 |
| 5415108 | | TRACTOR SUPPLY / CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5415093 | | Email/Text: Bankruptcy@absoluteresolutions.com | Jul 13 2021 18:50:00 | ABSOLUTE RESOLUTIONS, 8000 NORMAN CENTER #350, MINNEAPOLIS, MN 55437 |
| 5415097 | | Email/Text: mrdiscen@discover.com | Jul 13 2021 18:50:00 | DISCOVER BANK, PO BOX 15316, WILMINGTON, DE 19850-5316 |
| 5419207 | | Email/Text: mrdiscen@discover.com | Jul 13 2021 18:50:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5415098 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 13 2021 19:01:06 | LVNV FUNDING, 55 BEATTIE PLACE, GREENVILLE, SC 29601-5115 |
| 5422519 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 13 2021 19:01:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5415099 | | Email/Text: camanagement@mtb.com | Jul 13 2021 18:50:00 | M & T BANK, PO BOX 900, MILLSBORO, DE 19966 |
| 5415101 | + | Email/PDF: cbp@onemainfinancial.com | Jul 13 2021 19:01:05 | ONEMAIN, 100 INTERNATIONAL DRIVE, 15TH FL, BALTIMORE, MD 21202-4784 |
| 5415104 | | Email/PDF: gecsedi@recoverycorp.com | Jul 13 2021 19:01:04 | SYNCB/CARE CREDIT, PO BOX 965036, ORLANDO, FL 32896-5036 |
| 5415105 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 13 2021 19:01:05 | SYNCB/LOWES, 4125 WINDWARD PLAZA, ALPHARETTA, GA 30005-8738 |
| 5415106 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 13 2021 19:01:05 | SYNCB/WALMART DC, 4125 WINDWARD PLAZA, ALPHARETTA, GA 30005-8738 |
| 5415107 | + | Email/Text: paparalegals@pandf.us | Jul 13 2021 18:50:00 | SYNCHRONY BANK, C/O PATENAUDE & FELIX, 501 CORPORATE DR. SUITE 205, CANONSBURG, PA 15317-8584 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2021         Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Alan Scott Cunningham lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 4

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re:<br><br>Alan Scott Cunningham,<br>aka Alan S. Cunningham, aka Alan Cunningham, dba<br>Alan's Landscaping a/k/a Ballistic Services,<br><br>**Debtor 1** | Chapter     13<br><br>Case No.     5:21−bk−01311−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**August 25, 2021** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom 2, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: September 1, 2021<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: RyanEshelman, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 13, 2021 |

ntcnfhrg (05/21)