In re:     Case No. 21-01311-MJC

Alan Scott Cunningham     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 1

Date Rcvd: Jun 07, 2022     Form ID: pdf010     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Alan Scott Cunningham, 291 N Shore Drive, Albrightsville, PA 18210-7774 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Alan Scott Cunningham lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>ALAN SCOTT CUNNINGHAM,<br>a/k/a ALAN S. CUNNINGHAM,<br>a/k/a ALAN'S LANDSCAPING,<br>f/d/b/a BALLISTIC SERVICES,<br><br>Debtor(s) | CHAPTER 13<br><br>CASE NO. 5:21-bk-01311-MJC |

## ORDER APPROVING MOTION TO MODIFY
## CONFIRMED CHAPTER 13 PLAN

Upon consideration of the Motion to Modify Confirmed Chapter 13 Plan filed on May 6, 2022, Dkt. # 29, and the Debtor having certified that Notice was sent to all creditors and parties in interest entitled to receive notice, it is hereby **ORDERED** that the Motion is **GRANTED** and the Debtor's Amended Plan filed in conjunction with the Motion is hereby approved and shall be **ADOPTED** as the Confirmed Chapter 13 Plan, as Modified.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: June 7, 2022