United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                   Case No. 21-01311-MJC

Alan Scott Cunningham                          Chapter 13

         Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                                 User: AutoDocke                                 Page 1 of 3

Date Rcvd: Oct 05, 2022                        Form ID: ordsmiss                              Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alan Scott Cunningham, 291 N Shore Drive, Albrightsville, PA 18210-7774 |
| 5415095 | | ARCADIA RECOVERY BUREAU, LLV, PO BOX 70256, PHILADELPHIA, PA 19176-0256 |
| 5415096 | + | CAVALRY SPY I, LLC, C/O DAVID J APOTHAKER ESQ, 520 FELLOWSHIP ROAD C306, MOUNT LAUREL, NJ 08054-3410 |
| 5427214 | + | Freedom Mortgage Corporation, 446 Wrenplace Road, Fort Mill, SC 29715-0200 |
| 5415102 | | ROUNDPOINT MORTGAGE SERVICING CORP., PO BOX 674150, DALLAS, TX 75267-4150 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5415093 | | Email/Text: Bankruptcy@absoluteresolutions.com | Oct 05 2022 18:39:00 | ABSOLUTE RESOLUTIONS, 8000 NORMAN CENTER #350, MINNEAPOLIS, MN 55437 |
| 5426469 | | Email/Text: Bankruptcy@absoluteresolutions.com | Oct 05 2022 18:39:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 5415094 | | Email/Text: signed.order@pfwattorneys.com | Oct 05 2022 18:39:00 | ABSOLUTE RESOLUTIONS INVEST, C/O PRESSLER FELT & WARSHAW, LLP, 7 ENTIN ROAD, PARSIPPANY, NJ 07054-5020 |
| 5424535 | + | Email/Text: bankruptcy@cavps.com | Oct 05 2022 18:39:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5415097 | | EDI: DISCOVER.COM | Oct 05 2022 22:43:00 | DISCOVER BANK, PO BOX 15316, WILMINGTON, DE 19850-5316 |
| 5419207 | | EDI: DISCOVER.COM | Oct 05 2022 22:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5426162 | ^ | MEBN | Oct 05 2022 18:36:41 | Emergency Physician Associate of PA, PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 5485004 | + | Email/Text: Bankruptcy@Freedommortgage.com | Oct 05 2022 18:39:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 5485005 | + | Email/Text: Bankruptcy@Freedommortgage.com | Oct 05 2022 18:39:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037, Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 5415098 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 05 2022 18:44:06 | LVNV FUNDING, 55 BEATTIE PLACE, GREENVILLE, SC 29601-5115 |
| 5422519 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 05 2022 18:44:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5415099 | | Email/Text: camanagement@mtb.com | Oct 05 2022 18:39:00 | M & T BANK, PO BOX 900, MILLSBORO, DE 19966 |
| 5424309 | | Email/Text: camanagement@mtb.com | Oct 05 2022 18:39:00 | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |

| Recipient # | Delivery Method | Date/Time | Address |
|---|---|---|---|
| 5415100 | ^ MEBN | Oct 05 2022 18:36:42 | MARINER FINANCE LLC, 5802 E. VIRGINIA BEACH BLVD STE 121, NORFOLK, VA 23502-2483 |
| 5415101 | + EDI: AGFINANCE.COM | Oct 05 2022 22:43:00 | ONEMAIN, 100 INTERNATIONAL DRIVE, 15TH FL, BALTIMORE, MD 21202-4784 |
| 5415103 | + Email/Text: DeftBkr@santander.us | Oct 05 2022 18:39:00 | SANTANDER BANK NA, PO BOX 12646, READING, PA 19612-2646 |
| 5419919 | + Email/Text: enotifications@santanderconsumerusa.com | Oct 05 2022 18:39:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 5415104 | EDI: RMSC.COM | Oct 05 2022 22:43:00 | SYNCB/CARE CREDIT, PO BOX 965036, ORLANDO, FL 32896-5036 |
| 5415105 | + EDI: RMSC.COM | Oct 05 2022 22:43:00 | SYNCB/LOWES, 4125 WINDWARD PLAZA, ALPHARETTA, GA 30005-8738 |
| 5415106 | + EDI: RMSC.COM | Oct 05 2022 22:43:00 | SYNCB/WALMART DC, 4125 WINDWARD PLAZA, ALPHARETTA, GA 30005-8738 |
| 5415107 | + Email/Text: paparalegals@pandf.us | Oct 05 2022 18:39:00 | SYNCHRONY BANK, C/O PATENAUDE & FELIX, 501 CORPORATE DR. SUITE 205, CANONSBURG, PA 15317-8584 |
| 5419920 | + Email/Text: enotifications@santanderconsumerusa.com | Oct 05 2022 18:39:00 | Santander Consumer USA, Inc., as servicing agent for TCF Auto, Receivables Owner Trust 2016-1, P.O. Box 560284, Dallas, TX 75356-0284 |
| 5415108 | EDI: CITICORP.COM | Oct 05 2022 22:43:00 | TRACTOR SUPPLY / CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |

TOTAL: 23

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2022          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Mario J. Hanyon | |

on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

Vincent Rubino

on behalf of Debtor 1 Alan Scott Cunningham
lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Alan Scott Cunningham, aka Alan S. Cunningham, aka Alan Cunningham, dba Alan's Landscaping a/k/a Ballistic Services, | Chapter 13 |
| **Debtor 1** | Case No. 5:21−bk−01311−MJC |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*[signature]*

Mark J. Conway, United States Bankruptcy Judge

Dated: October 5, 2022

ordsmiss (05/18)